UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Trustees of the Teamsters Local 456 Pension,
Health & Welfare, Annuity ,Education & Training
S.U.B., Industry Advancement and Legal Service Funds,
and the Westchester Teamsters Union               Case No. 08 CIV 0959
Local 456,

                               Plaintiffs,
   -against-                                     ANSWER

                                                   Assigned Judge:
RICHARD'S HOME CENTER & LUMBER, INC   .   Hon. Stephen C. Robinson

                               Defendant.
------------------------------------------------------------------X

       Defendant, RICHARD'S HOME CENTER & LUMBER, INC., by it's attorney CHARLES T. BISTANY, ESQ. as and for its Answer to the Complaint of Plaintiff respectfully alleges as follows:

       1.     Defendant denies knowledge and information sufficient to form a belief with respect to the allegations contained in paragraphs numbered "1", "2", "3", "4", "5", '6", '8", "21", "23", "28", and "32" of the Complaint.

       2.     Defendant denies each and every allegation contained in paragraphs numbered "'15", "16", "17", "18", "19" "22", "24", "25" "26", "29", "30", "33", '34" and "35" of the Complaint.

## AS AND FOR AN AFFIMATIVE DEFENSE

3. Defendant has made full or partial payment of any sums that may be due to Plaintiff.

WHEREFORE, Defendant RICHARD'S HOME CENTER & LUMBER, INC., prays that the Complaint be dismissed together with costs and disbursement of this action.

Dated:   White Plains, New York
         February 28, 2008

                                        _____
                                        CHARLES T. BISTANY, ESQ. (6664CTB)
                                        Attorney for Defendant
                                        399 Knollwood Road
                                        White Plains, New York
                                        (914) 328-0068

TO:   BARNES, IACCARINO, VIRGINIA, AMBINDER & SHEPHERD, PLLC
      Attorneys for Plaintiff
      258 Saw Mill River Road
      Elmsford, NY 10523

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Trustees of the Teamsters Local 456 Pension, Health &
Welfare Annuity, Education & Training, S.U.B.Industry
Advancement and Legal Services Funds and the
Westchester Teamsters Local Union No. 456,

Plaintiffs,

RICHARD'S HOME CENTER & LUMBER, INC.,

Defendant.

Case No.08 CIV 00959

**RULE 7.1**

Assigned Judge:
Hon.Stephen C. Robinson

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendant certifies that the following are corporate parents, subsidiaries, or affiliates of that party.

NONE.

Dated:   White Plains, NY
         February 28, 2008

CHARLES T. BISTANY, ESQ. (CTB-6664)
Attorney for Defendant
Richard's Home Center & Lumber, Inc.
399 Knollwood Road
White Plains, NY 10603
Tel: 914 - 328-0068

TO: BARNES, IACCARINO, VIRGINA et al
    Attorneys for Plaintiffs
    258 saw Mill River Road
    Elmsford, NY 10523

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Board of Trustees of the Teamsters Local 456 Pension Health & Welfare, Annuity, Education & Training, S.U.B., Industry Advancement and Legal Services Funds and Westchester Teamsters Local Union No. 456,

             Plaintiffs,

-against-

RICHARD"S HOME CENTER & LUMBER, INC.,

             Defendant.

---

## ANSWER TO COMPLAINT

---

**CHARLES T. BISTANY**
Attorney for Defendant
Office and Post Office Address
399 KNOLLWOOD ROAD, SUITE 311
WHITE PLAINS, NEW YORK 10603-1916
(914) 328-0068

To
Attorney(s) for _____

Service of a copy of the within           is hereby admitted.

Dated,

    Attorney(s) for   . . . . . . . . . . . . . . . . .

---

  Sir:  Please take notice

<u>NOTICE OF ENTRY</u>
that the within is a *(certified)* true copy of an
duly entered in the office of the clerk of the within named court on

Dated,

             Yours, etc.

**CHARLES T. BISTANY, ESQ.**

Attorney for Defendant

Office and Post Office Address
399 KNOLLWOOD ROAD, SUITE 311
WHITE PLAINS, NEW YORK 10603-1916
914 328-0068