# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------------x

Trustees of the Teamsters Local 456 Pension, Health & Welfare
Annuity, Education & Training, S.U.B. Industry Advancement
and Legal Services Funds and the Westchester Teamsters Local
Union No. 456,

Plaintiffs,

-against-

                08 Civ. 0959 (SCR)

                **SUBSTITUTION OF**
                **ATTORNEY**

RICHARD'S HOME CENTER & LUMBER, INC.,

Defendants.

-----------------------------------------------------------------------------------x

   PLEASE TAKE NOTICE, that Karin Arrospide, Esq., who was counsel of record for
Plaintiff(s) in this action, is no longer associated with this firm, and that Giacchino Russo, Esq. is
hereby substituted as counsel of record.

Dated: Elmsford, NY
July 2/8 , 2008

              Barnes, Iaccarino, Virginia,
              Ambinder & Shepherd, PLLC

              By: _____
              Giacchino Russo, Esq.
              258 Saw Mill River Road
              Elmsford, NY 10523
              (914) 592-1515

SO ORDERED:

_____

HONORABLE JUDGE STEPHEN C. ROBINSON, U.S.D.J