# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

Trustees of the Teamsters Local 456 Pension, Health & Welfare
Annuity, Education & Training, S.U.B. Industry Advancement
and Legal Services Funds and the Westchester Teamsters Local
Union No. 456,

                                          Plaintiffs,

      -against-                                        08 Civ. 0959 (SCR)

                                                          **SUBSTITUTION OF**
                                                          **ATTORNEY**

RICHARD'S HOME CENTER & LUMBER, INC.,

                                          Defendants.

-----------------------------------------------------------------x

      PLEASE TAKE NOTICE, that Karin Arrospide, Esq., who was counsel of record for Plaintiff(s) in this action, is no longer associated with this firm, and that Giacchino Russo, Esq. is hereby substituted as counsel of record.

Dated: Elmsford, NY
       August 25, 2008

                                                       Barnes, Iaccarino, Virginia,
                                                       Ambinder & Shepherd, PLLC

                                                       By: _____
                                                          Giacchino Russo, Esq. (GR8313)
                                                          258 Saw Mill River Road
                                                          Elmsford, NY 10523
                                                         (914) 592-1515

SO ORDERED:                                              Date: September 3, 2008

_____
HONORABLE JUDGE STEPHEN C. ROBINSON, U.S.D.J

                                                                  White Plains, NY